UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YES I CAN LICENSED BEHAVIOR ANALYST PLLC et al.,

                  Plaintiffs,

-v-

GREEN TREE CAPITAL LLC et al.,

                  Defendants.

24 Civ. 7360 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 26, 2024, defendants Berkovitch & Bouskila, PLLC, Steven Berkovitch, and Ariel Bouskila (collectively, "B&B Law") filed a second motion to dismiss plaintiffs' amended complaint under Rules 12(b)(1), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. 37. To the extent plaintiffs wish to oppose the motion, any response should be filed by December 18, 2024. Defendants' reply, if any, shall be served by January 6, 2025.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 27, 2024
       New York, New York