# Law Offices of
# Jonathan E. Neuman, Esq.

176-25 Union Turnpike, Suite 230
Fresh Meadows, New York 11366
(347) 450-6710
FAX (718) 228-3689

Jonathan E. Neuman, Esq.                                                                                  Leslie Martin, Esq.
Attorney & Counselor at Law                                                                               Of Counsel

August 12, 2025

Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

        Re: Yes I Can Licensed Behavior Analyst PLLC et al v.
           Green Tree Capital, LLC et al
           Civ. A. No. 1:24-cv-07360-PAE

Honorable Judge Engelmayer:

   This firm represents Plaintiffs in the above-captioned action. The undersigned has become aware of a case filed in state court by a third party against the defendants (Index Number 651245/2025, Manna Capital Solutions LLC v. Jonathan Braun et al), including Defendants Jonathan Braun and Berkovitch & Bouskila, PLLC, involving the very MCA loan at issue in this case, alleging that Mr. Braun was the real party in interest in this transaction, and that this third-party had contributed to the MCA deal and had not been paid back for it. From the online docket, it would appear that this case settled in April 2025. The allegations of this third party explicitly match Plaintiffs' allegations in this case, that Mr. Braun was secretly the real party-in-interest behind the scenes in this MCA loan, which therefore would have been in violation of the permanent ban of Mr. Braun from the MCA industry issued by this Court in September 2023, as well as the permanent injunction issued by the Supreme Court of the State of New York, New York County, also in September 2023, as discussed in Plaintiffs' Complaint. A copy of the Complaint in Index Number 651245/2025, Manna Capital Solutions LLC v. Jonathan Braun et al, is annexed hereto as **EXHIBIT 1**.

   Accordingly, the undersigned desires to issue the annexed two subpoenas (**EXHIBIT 2**) to Yehuda Lasry, the principal of Manna Capital Solutions LLC.

   After putting the Defendants on notice of the intention to serve the subpoenas, Mr. Bouskila pointed out to me that on May 1, the Court issued an order staying the case. It was my understanding of the order that it was stayed in terms of the motion to dismiss but not other matters of the case, as the Court stated that "the stay does not affect the Court's jurisdiction over other matters in the case, and the Court reserves the right to lift the stay if circumstances so change." However, out of an abundance

of caution, Plaintiffs are requesting permission to serve the annexed subpoenas upon Mr. Lasry and take his deposition.

    I thank the Court for its consideration in this regard.

Respectfully submitted,

*/s/ Jonathan E. Neuman*

Jonathan E. Neuman, Esq.

In light of the fact that this case is stayed, the Court denies the request. The Court will not act on a motion for service of the subpoenas until the stay is lifted.

SO ORDERED.

*/s/ Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Date: August 12, 2025