**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
YES I CAN LICENSED BEHAVIOR ANALYST
PLLC et al.,

                            Plaintiffs,

           -against-                                    24 **CIVIL** 7360 (PAE)

                                                         **JUDGMENT**

GREEN TREE CAPITAL LLC et al.,

                            Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 23, 2025, the Court grants the motions to dismiss and denies the motion for sanctions. The dismissal of plaintiffs' RICO claims is with prejudice. The dismissal of plaintiffs' state-court claims is without prejudice to refiling in a court of competent jurisdiction; accordingly, the case is closed.

**Dated:**  New York, New York

         December 29, 2025

                                             **TAMMI M. HELLWIG**
                                                   _____
                                                     **Clerk of Court**

                                  **BY:**

                                                     _____
                                                     **Deputy Clerk**